IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CV-221-FL

| | |
|---|---|
| SANDRA LYNN MOSER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER OF DISMISSAL<br>) WITHOUT PREJUDICE<br>) (Rule 41(a)(2), F.R.Civ.P.) |
| DOWLESS OBX, LLC trading as<br>Jimmy's Seafood Buffet, | )<br>)<br>) |
| Defendant. | ) |

Upon Joint Motion for Dismissal Without Prejudice by counsel for plaintiff and defendant:

It is hereby ORDERED that this action is DISMISSED without prejudice.

This the 3rd day of October, 2019.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge